UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
CIVIL ACTION No. 5:21-cv-240-DCR

| | | |
|---|---|---|
| ALLEN JACKSON | ) | |
| Plaintiff | ) | |
| V. | ) | NOTICE OF APPEAL |
| KONECRANES, INC. | ) | |
| Defendant | ) | |

    Notice is hereby given that Plaintiff Allen Jackson in the above-named case hereby appeals to the United States Sixth Circuit Court of Appeals from the Memorandum Opinion and Order and Judgment both entered in this action on August 15, 2022, and that such notice of appeal is hereby filed on August 26, 2022.

/s/ *Tyler Z. Korus*
Robert L. Roark, Esq.
Tyler Z. Korus, Esq.
ROARK & KORUS, PLLC
401 Lewis Hargett Circle, Ste. 210
Lexington, KY 40503
(859) 203-2430 (tel.)
rob@roarkkorus.com
tyler@roarkkorus.com

**Counsel for Plaintiff**